

# JONES WALKER

# INVOICE

DATE: August 26, 2011, updated August 29, 2011

TO: Edward Santana
9041 SW 122 Avenue, #203
Miami, FL 33186

RE: Edward Santana on behalf of himself and all other similarly situated v. RCSH Operations, LLC, d/b/a Ruth's Chris Steakhouse, a Florida corporation
Case No.: 10-61376-CIV-SELTZER
Matter No.: 12246500

August 24, 2011
170 pages at .20¢             Amount Due: $34.00
                              Amount Paid: $33.00
                                       Amount Owed: $1.00

August 26, 2011
34 pages at .20¢              Amount Due: $6.80

                                       Final Amount Due: $7.80

August 29, 2011
43 pages at .20¢              Amount Due: $8.60
                              Amount Owed: $7.80

                                       Total Amount Due: $16.40
                                       Total Amount Paid: $16.40

**Exhibit C**

{M0264557.1}   JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 S. BISCAYNE BOULEVARD • SUITE 2600 • MIAMI, FLORIDA 33131 • 305-679-5700 • FAX 305-679-5710 • E-mail info@joneswalker.com • www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.