FILED by \_PG\_ D.C.
DEC 10 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:10-CV-61376-SELTZER

**EDWARD SANTANA,**

   Plaintiff,

v.

**RCSH OPERATIONS, LLC
d/b/a RUTH'S CHRIS
STEAKHOUSE,**

   Defendant.

_____/

### PLAITIFF'S MOTION TO QUASH SUBPOENAS TO NON-PARTIES

**COMES NOW**, Plaintiff, **EDWARD SANTANA**, ("Plaintiff"), pro se, and, pursuant to Federal Rule of Civil Procedure 45, moves to quash Defendant's **Subpoenas** to Non-Parties, averring as follows:

   1.   On December 5, 2012, Defendant's Counsel sent a letter to Plaintiff, advising of Defendant's intent to serve Subpoenas to Produce Documents on the following entity within 7 days: Bank Of America, N.A. at 701 Brickell Avenue; Miami, Fl 33131

   2.   A true and correct copy of the December 5, 2012, letter and the proposed Subpoenas are attached hereto as **Exhibit "A"** and incorporated herein by reference.

   3.   The Subpoenas in Exhibit A are hereinafter collectively referred to as "The Subpoenas".

4.  The (34) Subpoenas seek production of the following documents from each of Plaintiff's former employers:

(1)  All deposit accounts (statements, evidence of wire transfers, debits, credits and cashiers checks and as to checks of any kind, copies of the front and back) amongst other requests of the debtor Edward Santana

5.  Plaintiff objects to the production of the documents sought in The Subpoenas on the grounds that the documents sought in the Subpoenas are not relevant to the pending action and the document requests are overly broad. In addition, it is an invasion of the Plaintiff's privacy and the documents sought are privileged and outside the scope of discovery.

WHEREFORE, Plaintiff respectfully requests this Court grant the instant Motion and Quash The Subpoenas, and for just other and further relief and this Court deems just and proper.

Respectfully Submitted,

*/s/ Edward Santana*

Edward Santana
esantana44@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of December, 2012, I mailed the FOREGOING DOCUMENT to the CLERK OF COURT and to Defendants counsel at:

Jared Kessler, Esq.
201 s Biscayne Blvd, Suite 2600
Miami, FL 33131


# JONES WALKER

Jared R. Kessler, Esq.
Direct Dial: 305 679-5700
Direct Fax: 305 679-5710
jkessler@joneswalker.com

December 5, 2012

*Via Electronic Mail: esantana44@yahoo.com*

Edward Santana
*Pro Se*

Re: Edward Santana v. Ruth's Chris
Case No.: 10-61376-CIV-COHEN/SELTZER
Our matter number: 12246500

Dear Mr. Santana:

Pursuant to Federal Rule of Civil Procedure 45(b), enclosed are true and correct copies of the following Subpoena(s) to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action that we intend to serve on the following entities within the next seven days:

Bank of America, N.A.
by serving Officer
or other qualified individual at
701 Brickell Avenue
Miami, Florida 33131

Sincerely,

Jared R. Kessler, Esq.

Enclosure(s)

{M0461576.1}
JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
MIAMI CENTER 201 SOUTH BISCAYNE BOULEVARD SUITE 2600 MIAMI, FLORIDA 33131-4341 305-679-5700 FAX 305-679-5710 www.joneswalker.com
ALABAMA ARIZONA DISTRICT OF COLUMBIA FLORIDA GEORGIA LOUISIANA MISSISSIPPI NEW YORK TEXAS

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EDWARD SANTANA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-61376-CIV-SELTZER |
| RCSH OPERATIONS, LLC d/b/a RUTH'S CHRIS STEAKHOUSE | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  BANK OF AMERICA, N.A.
     701 BRICKELL AVENUE, MIAMI, FLORIDA 33131

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: SEE ATTACHMENT.

| Place: JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP 201 S. Biscayne Blvd., Ste. 2600, Miami, FL 33131 | Date and Time: 01/10/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

        The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

                    *CLERK OF COURT*
                                                    OR    _____
                    _____                *Attorney's signature*
                    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## ATTACHMENT

### Definitions and Guidelines

As used in this subpoena, the following words shall be defined as follows:

1) "Document" includes, but is not limited to, originals where available, or otherwise a carbon copy, xerox copy or other copy, including each non-identical copy (whether different from the original because of marginal notes, or other material inserted or attached thereto, or otherwise) of each item of correspondence, letters, electronic mail, memoranda, messages, telephone bills, notes, offers, orders, confirmations, contracts, agreements, reports, punch sheets, punch lists, agendas, cables, telegrams, diaries, appointment books, invoices, ledgers, returns, accounts, checks, check stubs, drafts, statements, indexes, data sheets, data processing cards, logs, worksheets, service orders, expense vouchers, maintenance records, inspection reports, licenses, permits, settlement paperwork, printing, pictures, advertisements, slides, film, microfilm, micro fiche and other written matter of every kind and character; notes, memoranda, transcripts, recording tapes, recording disks or other records of oral communications; and graphs, books, charts, tables, prospectuses, tabulations, worksheets, compilations, summaries, minutes, lists, pamphlets, brochures, drawings, renderings, diagrams, sketches, etchings, tracings, plans, blueprints, posters, periodicals, publications, bulletins, computer printouts, studies, electronically stored information ("ESI") or other papers in the possession, custody or control of BANK OF AMERICA, N.A. ("Bank of America"), or its agents, employees, attorneys or representatives, including documents which were prepared by Bank of America's agents, employees, attorneys or representatives, which did not leave the custody of the person preparing them.

{M0461579.1}

2)    "You" or "Your" refers to Bank of America, N.A., its agents, attorneys, employees, subsidiaries, joint venturers, partners, predecessors, successors and all other persons acting for, purporting to act for, or subject to the control of Bank of America.

3)    "And" or "Or" shall include the conjunctive as well as the disjunctive.

4)    "Communications" include correspondence, discussions, telephone conversations and all other forms of written or oral communication.

5)    "Judgment debtor" refers to Edward Santana.

6)    Duty to Preserve Upon Service.  Service of this Subpoena shall place an affirmative duty on You to preserve any documents or ESI which may be responsive to this subpoena, despite any internal document retention policies in place by You.

## Schedule of Documents to be Produced

Any and all Documents in your possession, custody or control that relate or reflect or refer to:

1. Deposit accounts (including, but not limited to, copies of statements, items, memoranda, evidence of wire transfers, debits, credits, and cashier's checks, and as to checks of any kind, copies of the front and back) of:

    a.    Judgment Debtor, Edward Santana,

    b.    Any accounts of any individuals or entities in which Judgment Debtor has or had signature authority and any other ownership of beneficial interest or other control.

2. Loans by You to the Judgment Debtor, including:

    a.    Financial Statements,

    b.    Tax Returns,

{M0461579.1}

   c. Loan applications,

   d. Any and all operating agreements for any and all parties to the loan or their affiliates, including, but not limited to, Judgment Debtor.

   e. Any and all loan documents, including, but not limited to, Promissory Notes, Mortgages, Assignment of Rents, Guaranties, and Loan Agreements,

   f. Your entire loan file.

  3. Any and all payments disbursed or received (including, but not limited to, copies of statements, items, memoranda, evidence of wire transfers, debits, credit and cashier's checks, and as to any checks of any kind, copies of the front and back) maintained by You for:

   a. Judgment Debtor,

   b. Any and all entities for which Judgment Debtor was a principal or over which Judgment Debtor exercised control.

   c. Any individual or entity for which judgment debtors had signature authority.

   d. Any individual over which Judgment Debtor exercised control.