UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61376-CIV-SELTZER

EDWARD SANTANA on behalf of himself and
all other similarly situated,

    Plaintiff,

v.

RCSH OPERATIONS, LLC, d/b/a RUTH'S
CHRIS STEAKHOUSE, a Florida corporation,

    Defendant.
_____/

## NOTICE OF SERVICE OF WRIT OF GARNISHMENT

Tony André, Esq. of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P., pursuant to Fla. Stat. §77.04, hereby certifies that Plaintiff's Motion for Writ of Garnishment, and the Writ of Garnishment, issued by this Court on November 9, 2012 were served upon Garnishee, SUNTRUST BANK Notice to Defendant along with copies of the above-referenced papers was served upon Defendant, EDWARD SANTANA via electronic mail and at his last known address on this 10th day of December, 2012 via Certified and First-Class United States Mail.

                              Respectfully submitted,

/s/ Tony André, Esq.
Laurie Chess, Esq.
Florida Bar No.:
lchess@joneswalker.com
Tony André, Esq.
Florida Bar No.: 040587
tandre@joneswalker.com
JONES, WALKER, WAECHTER,
  POITEVENT, CARRÈRE & DENÈGRE,
  L.L.P.
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Tel:  (305) 679-5700
Fax: (305) 679-5710

Attorneys for Judgment Creditor

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of December 2012, I electronically filed the foregoing notice with the Clerk of the Court using CM/ECF. I also certify that the foregoing motion is being served this day on all counsel of record and/or parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not registered participants in this Court's electronic notification system.

                                      /s/ Tony André, Esq.
                                      Tony André, Esq.

## SERVICE LIST

Edward Santana
110 NE 10th Street
Homestead, FL 33030
esantana44@yahoo.com